UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JACK KARAFA,
on behalf of Himself and all others
similarly situated,

        Plaintiff,                              Case Number 18-10157
                                                                Honorable David M. Lawson
v.

WELTMAN, WEINBERG & REIS CO. L.P.A.,
DANIEL E. BEST, JEFFREY K. BEARSS,
JENNIFER T. DILLOW,
CHRISTOPHER T. BEST, and
TIFFANI WILLIAMS,

        Defendants.
_____/

## ORDER OF DISMISSAL

On January 23, 2018, the plaintiff filed a notice of voluntary dismissal of its claims against the defendants. The defendants have not answered or otherwise responded to the complaint. The Court therefore will dismiss the case. Fed. R. Civ. P. 41(a)(1)(A).

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE**.

                                                       s/David M. Lawson
                                                       DAVID M. LAWSON
                                                       United States District Judge

Dated: January 25, 2018

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on January 25, 2018.

                                         s/Susan Pinkowski
                                         SUSAN PINKOWSKI